**CRIMINAL COMPLAINT**

FILED                    LODGED
RECEIVED                 COPY

**VICTIM**

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| | |
|---|---|
| United States of America<br>v.<br>**Carlos James Jose Antonio**<br>DOB: 1988; U.S. Citizen | DOCKET NO. 2010<br>JUL 19 2010<br><br>CLERK U.S. DISTRICT COURT<br>MAGISTRATE'S CASE NO<br>DISTRICT OF ARIZONA<br>BY _____ DEPUTY<br>**10-08136M** |

Complaint for violation of Title   18          United States Code   §§ 111(a)(1) and 1114

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 17, 2010, at or near Sells, in the District of Arizona, defendant **Carlos James Jose Antonio**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Border Patrol Agent Hugh McNamara, while Agent McNamara was engaged in the performance of his official duties, with such acts involving physical contact with the victim, in violation of Title 18, United States Code, Sections 111(a)(1) and 1114.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 17, 2010, U.S. Border Patrol agents were tracking a group of suspected illegal aliens toward a group of houses located on Federal Route 24. Agents found the group hiding in a thicket behind some houses. As the agents approached, the suspected illegal aliens ran toward the group of houses. After a pursuit, Agent Hugh McNamara apprehended one of the subjects, later identified as Jose Monje-Torres. Agent McNamara was escorting Jose Monje-Torres to his service vehicle when he was confronted by **Carlos James Jose Antonio**, who asked Agent McNamara what he was doing. Agent McNamara asked **Carlos James Jose Antonio** "Who are you talking to?" **Carlos James Jose Antonio** then pushed Agent McNamara with both hands and assumed a fighting stance. Agent McNamara drew his service issued collapsible steel baton and ordered **Carlos James Jose Antonio** to the ground several times before he complied.

**Carlos James Jose Antonio** admitted shoving the agent because he was upset that Border Patrol agents were on his property.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
Jose Monje-Torres

| DETENTION REQUESTED<br>**Being duly sworn, I declare that the foregoing is**<br>**true and correct to the best of my knowledge.**<br><br>ALK/wd | SIGNATURE OF COMPLAINANT<br>(official title) |
|---|---|
| | OFFICIAL TITLE<br>**U.S. Border Patrol** |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1]   *Jacqueline Marshall* | DATE<br>July 19, 2010 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54